**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MICAH PATTERSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-22-119-J |
| ) | |
| ORRKLAHOMA WEST, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Counsel for Defendant is directed to file a disclosure statement conforming to LCvR7.1.1 by March 25, 2022. In the event any of Defendant's members are also limited liability companies, Defendant is reminded of its obligation to identify the members of that entity. Though information regarding Defendant's constituents may not be necessary for the purpose of diversity of citizenship in this matter, it is required for the purpose of determining any potential judicial conflict of interest. *See* 28 U.S.C. § 455; *cf. Siloam Springs Hotel, L.L.C. v. Century Sur. Co.*, 781 F.3d 1233, 1234, 1237-38 (10th Cir. 2015).

IT IS SO ORDERED this 22nd day of March, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE